Date: 05/25/10  DIVIDENDS REMITTED TO THE COURT  #150336  Page: 1

Case Number 08-13018 - WALLACE, BARBARA J.

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Cleveland Public Power<br>1300 Lakeside Avenue<br>Cleveland, OH 44114 | 000001 | CK 105 | 480.01 | 2.04 |
| CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 000005 | CK 108 | 625.12 | 2.66 |
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000006 | CK 109 | 859.00 | 3.65 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000007 | CK 110 | 502.69 | 2.14 |
| ---------- Remittance Total ---------- | | | 2,466.82 | 10.49 |

LAUREN A. HELBLING, Trustee

CK



FILED 2010 MAY 25 PM 3:16 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

COURT1  Printed: 05/25/10 11:08 AM  Ver: 15.09
08-13018-rb    Doc 30    FILED 05/25/10    ENTERED 05/26/10 08:48:50    Page 1 of 1